STATE OF CONNECTICUT *v.* JOSEPH CARMEN J. CARBONE

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 801 (AC 29480), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided October 28, 2009

STATE OF CONNECTICUT *v.* BRYAN JORDAN

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 160 (AC 29139), is denied.

*Daniel J. Krisch*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided October 28, 2009

EDDIE P. LEWIS *v.* COMMISSIONER OF CORRECTION

The petitioner Eddie P. Lewis' petition for certification for appeal from the Appellate Court, 117 Conn. App. 120 (AC 29276), is denied.

*Robert T. Rimmer*, special public defender, in support of the petition.